IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Tennessee Commerce Bank, Franklin, Tennessee, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 3:13-0108 Judge Trauger |
| TAMCO FINANCIAL SERVICES, LLC, TELECOMMUNICATIONS ASSET MANAGEMENT COMPANY, JACK A. THOMPSON, TODD C. FRANKEL, JOSEPH M. PRIVITERA, and PAUL T. METZHEISER, | ) ) ) ) ) ) ) | Magistrate Judge Bryant |
| Defendants. | ) | |

**O R D E R**

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within forty (40) days of the entry of this Order.

It is so **ORDERED**.

ENTER this 16th day of July 2013.

_____
ALETA A. TRAUGER
U.S. District Judge